



Case 1:17-cr-00380-CCB   Document 51-2   Filed 12/06/18   Page 2 of 2