Case 1:17-cr-00380-CCB   Document 51-3   Filed 12/06/18   Page 1 of 1

| Name | Type | Date Modified | Date Created |
|---|---|---|---|
| A (8) | | | |
| AllEvents_DR-VPN_Aug2015.txt | Text Document | 10/02/2015, 3:20:10 PM | 10/02/2015, 3:20:10 PM |
| AllEvents_DR-VPN_July2015.txt | Text Document | 10/02/2015, 3:16:12 PM | 10/02/2015, 3:16:12 PM |
| AllEvents_DR-VPN_June2015.txt | Text Document | 10/02/2015, 3:13:50 PM | 10/02/2015, 3:13:50 PM |
| AllEvents_DR-VPN_Sep1thruSep15-2015.txt | Text Document | 10/02/2015, 3:24:42 PM | 10/02/2015, 3:24:42 PM |
| AllEvents_NA-VPN_August2015.txt | Text Document | 10/02/2015, 7:29:08 PM | 10/02/2015, 7:29:08 PM |
| AllEvents_NA-VPN_July2015.txt | Text Document | 10/02/2015, 4:05:10 PM | 10/02/2015, 4:05:10 PM |
| AllEvents_NA-VPN_June2015.txt | Text Document | 10/02/2015, 3:39:16 PM | 10/02/2015, 3:39:16 PM |
| AllEvents_NA-VPN_Sep1thruSep15-2015.txt | Text Document | 10/02/2015, 7:55:46 PM | 10/02/2015, 7:55:46 PM |