| Name | Type | Date Modified | Date Created |
|---|---|---|---|
| E (1) | | | |
| Events_WASCMG-P4500-Mgmt_08_13_2015_14_27_01_CDT.csv | Microsoft Excel Comma... | 10/06/2015, 12:19:36 PM | 10/06/2015, 12:19:36 PM |
| S (1) | | | |
| SAN_Events_WASCMG-P4500-Mgmt_08_13_2015_14_27_01_CDT.xlsx | Microsoft Excel Worksh... | 08/13/2015, 1:36:40 PM | 08/13/2015, 1:36:40 PM |
| W (4) | | | |