## CERTIFICATION UNDER FEDERAL RULES OF EVIDENCE
## 803(6) AND 901(11)

I HEREBY CERTIFY that I, Susan Hinch Huber, am the Custodian of Records for ████ an unincorporated unit of the ████████████████████ further certify that:

1. The attached record, consisting of SAN logs, is a true and correct copy of records of the ████████████████ hereafter "the business", which is maintained by me or under my supervision:

2. It is the regular practice of the business to make and maintain such records;

3. The records were made at or near the time of the occurrence(s) reflected thereon:

4. The records were made by a person or persons with knowledge, or from information transmitted by a person with knowledge of the matters contained thereon.

5. I declare under penalty of perjury that the foregoing is true and correct.

Executed on  11/11/15
             Date                              _____
                                                         Signature

Susan E. Hinch Huber
Name (Typed or Printed)

North American Technical
Title  Field Services Manager

## CERTIFICATION UNDER FEDERAL RULES OF EVIDENCE
## 803(6) AND 901(11)

I HEREBY CERTIFY that I, Ray Ignarra, am the Custodian of Records for the ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ I further certify that:

1. The attached record, consisting of VPN logs, is a true and correct copy of records of the ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ hereafter "the business", which is maintained by me or under my supervision:

2. It is the regular practice of the business to make and maintain such records;

3. The records were made at or near the time of the occurrence(s) reflected thereon:

4. The records were made by a person or persons with knowledge, or from information transmitted by a person with knowledge of the matters contained thereon.

5. I declare under penalty of perjury that the foregoing is true and correct.

Executed on  11/11/15
             Date                                    _____
                                                           Signature

                                     Raymond Ignarra
                                     Name (Typed or Printed)

                                     Network Engineering Manager
                                     Title